**Fill in this information to identify the case:**

Debtor 1  Abel Garcia

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the:  Northern   District of  IL
(State)

Case number   13-38199

# Form 4100R
## Response to Notice of Final Cure Payment                              10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the SCIG Series III Trust

**Court claim no.** (if known): 2

**Last 4 digits** of any number you use to identify the debtor's account: 7 9 2 5

**Property address:** 526 White Oak Rd
Number    Street

_____

Bolingbrook  IL  60440
City         State   ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

[X] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:  06 / 01 / 2018
MM / DD / YYYY

[ ] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                              (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:      + (b) $ _____

c. **Total**. Add lines a and b.                                          (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    ___/___/___
MM / DD / YYYY

Debtor 1 __Abel Garcia_____  Case number (*if known*) __13-38199_____
           First Name    Middle Name    Last Name

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✘ __/s/ Timothy M. Johnson_____  Date __06__/__07__/__2018__
   Signature

Print    __Timothy M. Johnson_____  Title __Attorney_____
         First Name    Middle Name    Last Name

Company   __Marinosci Law Group_____

**If different from the notice address listed on the proof of claim to which this response applies:**

Address   __134 N LaSalle St., Ste 1900_____
       Number     Street

          __Chicago, IL 60602_____
       City                              State      ZIP Code

Contact phone (__312__) __940__ – __8580_____  Email __tjohnson@mlg-defaultlaw.com__

# UNITED STATES BANKRUPTCY COURT

**Certificate of Service**

I hereby certify that a copy of the foregoing Statement in Response to Notice of Final Cure Payment was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date:

Date: 06/07/2018

Chapter 13 Trustee: Glenn B Stearns

Trustee Address:

Trustee Email: `

Debtor's Counsel Name: Daniel B Roth

Debtor's Counsel Address:

Debtor's Counsel Email: daniel@citizenslawltd.com

Debtor 1 Name: Abel Garcia

Debtor 2 Name

Debtor's Mailing Address: 526 White Oak Road Bolingbrook, IL 60440

Debtor Email:

/s/ Staci Matthei